UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY and TWIN CITY FIRE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>KIRKNESS DIAMOND DRILLING CO., INC. also known as AMERICAN CUMO MINING CORPORATION.<br><br>Defendant. | Case No. 3:15-cv-00163-MMD-VPC<br><br>**DEFAULT JUDGMENT** |

THIS matter having come before the Court upon the Motion by Plaintiffs Hartford Casualty Insurance Company and Twin City Fire Insurance Company for the entry of a default judgment against Defendant Kirkness Diamond Drilling Co., Inc., also known as American CuMo Mining Corporation, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure; and sufficient Proof of Service of the Summons and Complaint upon Defendant having been filed with the Court; and Defendant having failed to timely answer or otherwise respond to the Complaint; and the Clerk of this Court having entered Defendant's default on the docket; and the Court having found good and sufficient cause to enter the relief requested by the Motion; now, therefore

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiffs Hartford Casualty Insurance Company and Twin City Fire Insurance Company are hereby awarded a money judgment against Defendant Kirkness Diamond Drilling Co., Inc., also known as American CuMo Mining Corporation in the sum certain of One Hundred Thirty-Three Thousand Eight Hundred Seventy-Six Dollars and Twenty-Eight Cents ($133,876.28).

Dated: December 18, 2015                    By the Court:

_____

1

DEFAULT JUDGMENT

5537366v.1